## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

20-16240

UNITED STATES OF AMERICA

v.

TYRONE J. BROADY

Magistrate Case No. 9276751 (Class A)

Offense on a Federal Reservation

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Sarah E. Luciano, Esq.,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **4th day of June 2020**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**TYRONE J. BROADY** did commit:

Possession of Firearms and Dangerous Weapons in a Federal Facility in violation of 18 USC 930.

The name of the Complainant is **Sarah E. Luciano, Esq.**

_____
SARAH E. LUCIANO, Esq.
**Special Assistant United States Attorney**

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 3RD DAY OF DECEMBER 2020.

_____
HONORABLE ANTHONY R. MAUTONE
United States Magistrate Judge